UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Esther Salas

v. : Crim. No. 11cr684

KETIH CUNNIFFE : ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Kathleen M Hamann, Special Assistant U.S. Attorney, appearing), and defendant Keith Cunniffe (Peter Carter, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations have concluded, but a plea has not yet been entered, and both the United States and the defendant desire additional time to resolve the matter by plea, which would render trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources;

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this      day of August, 2012,

ORDERED that this action be, and hereby is, continued until September 14, 2012; and it is further

ORDERED that the period from August 20, 2012 through September 14, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. ESTHER SALAS
United States District Judge

Form and entry
consented to:

_Kathleen M Hamann_
Kathleen M Hamann
Special Assistant U.S. Attorney

_Peter Carter_
Peter Carter, Esq.
Counsel for defendant Keith Cunniffe